T. C. MITCHELL v. J. T. ROBISON, COMMISSIONER, ETC.

No. 2091. Decided December 21, 1910.

**School Land—Case Followed.**

The same state of facts involved in Mitchell v. Robinson, ante, page 641, being here presented, the ruling therein is followed.

Original application to the Supreme Court, by Mitchell, for writ of mandamus against the Land Commissioner.

---

*J. A. Gillett,* for relator.

*Jewel P. Lightfoot,* Attorney-General, and *L. A. Dale* and *Saml. D. Snodgrass,* Assistants, for respondent.

Mr. Chief Justice Gaines delivered the opinion of the court.

The facts in this case are substantially the same as in the case No. 2090, in this court between the same parties, and for the reasons alleged in that case the mandamus prayed for in this case is awarded.